# Court of Appeals
# of the State of Georgia

ATLANTA,   September 23, 2014

*The Court of Appeals hereby passes the following order:*

**A15E0006. HARVEY v. THE STATE.**

By order dated August 20, 2014, the trial court denied Harvey's "Motion to Reconsider/Motion to Set Aside an Order." On September 22, 2014, Harvey filed a motion requesting an extension of time in which to file an application for discretionary appeal from this order. In *Gable v. State*, 290 Ga. 81 (720 SE2d 170) (2011), the Supreme Court concluded that, under OCGA § 5-6-39, an applicant may petition an appellate court for an extension of time in which to file an application for discretionary appeal. Id. at 85 (2) (a). Court of Appeals Rule 31 (g), however, provides that "[n]o extensions of time shall be granted in filing a discretionary application unless the motion for extension is filed on or before of the due date of the discretionary application." If an extension of time request is filed after the application due date, this court lacks authority to grant the request. *Gable*, 290 Ga. at 84.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. Harvey's application for discretionary appeal was due on September 19, 2014. Harvey filed his motion for an extension on September 22, 2014, three days after his application was due. Accordingly, his motion for an extension of time in which to file an application for discretionary appeal is hereby DENIED.[1]

---

[1] We express no opinion in this order about viability of Harvey's notice of direct appeal filed on September 5, 2014.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/23/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*